# Court of Appeals
# of the State of Georgia

ATLANTA, August 04, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0043. WILFREDO MONTES v. JAYHILL TRUCKING et al.

Wilfredo Montes seeks to appeal from the superior court's order affirming a decision of the State Board of Workers' Compensation. However, an appeal from a decision of the superior court reviewing a decision of the State Board of Workers' Compensation must be brought by application for discretionary appeal. See OCGA § 5-6-35 (a) (1); *Adivari v. Sears, Roebuck & Co.*, 221 Ga. App. 279, 279 (471 SE2d 59) (1996). Because Montes failed to follow the proper appellate procedure, his appeal is hereby DISMISSED for lack of jurisdiction. See *Adivari*, 221 Ga. App. at 279.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/04/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*